**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In the Matter of                                          )
                                                         )   Civil Action No.
Matthew Crawford                                         )   22 C 01949

**<u>EXECUTIVE COMMITTEE ORDER</u>**

Beginning on March 3, 2022, Matthew Crawford has filed the following matters in the Northern District of Illinois:

| Case Number | Case4 Name | Date Filed |
|---|---|---|
| 1:22-cv-01128 | Crawford v. Ebay, Inc. | filed 03/03/22 |
| 1:22-cv-01129 | Crawford v. Capital One Bank | filed 03/03/22 |
| 1:22-cv-01131 | Crawford v. The State of Illinois | filed 03/03/22 |
| 1:22-cv-01132 | Crawford v. Superior Towing | filed 03/03/22 |
| 1:22-cv-01133 | Crawford v. New Lenox Illinois Police Department | filed 03/03/22 |
| 1:22-cv-01134 | Crawford v. United States District Court, Northern District of Illinois | filed 03/03/22 |
| 1:22-cv-01135 | Crawford v. Several Postal Workers at the Post Office located at 300 N. Vine Street, New Lenox, IL. | filed 03/03/22 |
| 1:22-cv-01468 | Crawford v. Norgle | filed 03/21/22 |
| 1:22-cv-01474 | Crawford v. 12th Judicial Circuit Court | filed 03/21/22 |
| 1:22-cv-01803 | Crawford v. United States | filed 04/04/22 |
| 1:22-cv-01808 | Crawford v. SomethingAwful.com | filed 04/04/22 |
| 1:22-cv-01812 | Crawford v. State of Illinois | filed 04/07/22 |
| 1:22-cv-01813 | Crawford v. Pacold | filed 04/07/22 |
| 1:22-cv-01817 | Crawford v. Google | filed 04/07/22 |

Three of the cases have been terminated due to the frivolous nature of the complaint, lack of federal jurisdiction, or failure to state a claim.

In addition to these filings, on March 21, 2022, Mr. Crawford caused a disturbance on the 20th floor Clerk's Office.  Mr. Crawford berated the staff about not being able to accept 8 new cases that day because his exhibits were not in order.  Mr. Crawford's argumentative and hostile behavior caused the intake clerk to press the panic alarm.

At its meeting on April 7, 2022, the Executive Committee considered Mr. Crawford's filings and it is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Mr. Crawford 's ability to file new civil cases in this District pro se. Cases in existence prior to the entry of this order are not affected by the order and shall proceed as usual.

The Executive Committee further finds that there is sufficient cause for concern regarding Mr. Crawford's conduct if he is not escorted while in the Dirksen U.S. Courthouse, therefore

IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE in its capacity as the supervisor of the assignment of cases, that ------

1. Mr. Matthew Crawford, or anyone, other than an attorney, acting on his behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures:

   a. Any materials Mr. Crawford, or anyone, other than an attorney, acting on his behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

   b. Where the document submitted is a complaint, it shall be accompanied by a motion captioned a Motion Seeking Leave to File Pursuant to Order of Executive Committee. That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Mr. Crawford in the complaint are new claims never before raised in any federal court.

   c. Whenever Mr. Crawford submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, and forward them to the Executive Committee.

2. The Executive Committee will examine any complaints submitted by or on behalf of Mr. Crawford to determine whether they should be filed.

3. If Mr. Crawford seeks leave to proceed in forma pauperis, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated. The Committee may deny leave to file any complaints not filed in conformity with this order.

4. If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title "In the matter of Matthew Crawford" and cause a copy of the order to be mailed to Mr. Crawford.

5. If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Mr. Crawford.

6. Mr. Crawford's failure to comply with this order may, within the discretion of the Executive Committee, result in him being held in contempt of court and punished accordingly.

7. Nothing in this order shall be construed -----

    a. to affect Mr. Crawford's ability to defend himself in any criminal action,

    b. to deny Mr. Crawford access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

    c. to deny Mr. Crawford access to the United States Court of Appeals or the United States Supreme Court.

IT IS FURTHER ORDERED That any password issued to Matthew Crawford for access to the electronic filing system shall be disabled.

IT IS FURTHER ORDERED That any new complaints filed by Mr. Crawford and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed.

IT IS FURTHER ORDERED That the Clerk shall cause to be created and maintained a miscellaneous docket with the title "In the matter of Matthew Crawford" and case number 22 CV 01949. The miscellaneous docket shall serve as the repository of this order and any order or minute order entered pursuant to this order. All orders will be entered on that docket following standard docketing procedures.

IT IS FURTHER ORDERED That to maintain judicial security, Mr. Crawford shall sign in upon arrival at the U.S. Dirksen Courthouse and that a representative of the U.S. Marshals Service shall accompany Mr. Crawford at all times while he is present in the Everett McKinley Dirksen Building at 219 S. Dearborn Street, Chicago, Illinois, 60604, and

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Mr. Crawford at 994 Wildwood Dr., New Lenox, IL 60451, the address provided in his filings with this Court. Such mailing shall be by certified or registered mail, return receipt requested.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 20th day of April 2022